# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00283-CR

**Charles Kerr, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
## NO. 12,049, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles Kerr has filed what purports to be a pro se notice of appeal from either a 2006 order placing him on probation or a 2008 order revoking his probation. In either case, the district court has certified that this a plea-bargain case and the defendant has no right of appeal. Additionally, Kerr's notice of appeal, which was filed on April 12, 2012, is untimely. *See* Tex. R. App. P. 26.2(a). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   July 13, 2012

Do Not Publish